IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| THOMAS TACKETT | * | CASE NO.: 2:22-CV-2022 |
|---|---|---|
| | * | |
| Plaintiff | * | Judge James L. Graham |
| | * | Magistrate Judge Elizabeth P. Deavers |
| v. | * | |
| | * | |
| ABDULLAHI ALI, *et al.*, | * | **AGREED ORDER OF DISMISSAL,** |
| | * | **WITH PREJUDICE** |
| Defendants | * | |
| | * | |

The parties having advised the Court they are in agreement, and the Court being otherwise sufficiently advised, it is hereby ORDRED that this case is DISMISSED with prejudice, with the parties to bear their own costs and attorney fees.

So ORDERED, this ___1___ day of ___March___, 2023.

_____
Judge James L. Graham

HAVE SEEN AND AGREED:
TO BE ENTERED:

/s/ *Michael Wm. Warren (w/permission)*
_____
Michael Wm. Warren (0074557)
Attorney for Plaintiff

/s/ *David W. Zahniser*
_____
David W. Zahniser (0077560)
Attorney for Defendants

/s/ *M. Jason Founds (w/permission)*
_____
M. Jason Founds (0069468)
Attorney for Defendant/Cross-Claimant,
State Farm Mutual Automobile Insurance Company

Copies: Attorneys of record